AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Directv, Inc. | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 04-CV-714 |
| v. | |
| Gary M. Long | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's motion for default judgment is granted.  Plaintiff is awarded a total of $1,850 in statutory damages and attorneys' fees and costs against defendant Gary M. Long on its first cause of action.  Further Plaintiff is awarded no statutory damages against defendant Gary M. Long on its third cause of action.


Date: August 8, 2005                                                       RODNEY C. EARLY, CLERK


                                                                By:     s/Deborah M. Zeeb
                                                                            Deputy Clerk